U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 18 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERTO MARTINEZ, ID # 28733-077, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:05-CV-0636-R |
| ) | |
| DAN JOSLIN, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Irma Carrillo Ramirez filed findings, conclusions, and a recommendation in this case on September 23, 2005. Plaintiff filed objections on October 4, 2005. After conducting a *de novo* review of the record in this case and considering plaintiff's objections, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

SIGNED this 18 day of Oct. , 2005.

_____
UNITED STATES DISTRICT JUDGE